UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KIMKISHA HAYES,
    Plaintiff,

v.                                       Case No: 6:20-cv-2368-Orl-28GJK

UNITEDHEALTHCARE INSURANCE
COMPANY,
    Defendant.

_____/

## PLAINTIFF'S REPLY TO DEFENDANT'S ANWER AND AFFIRMATIVE DEFENSE

Plaintiff respectfully denies the alleged affirmative defenses of Defendant and demands strict proof thereof.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 1, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Steven D. Lehner, Esquire
Hinshaw & Culbertson, LLP
100 South Ashley Drive, Ste. 500
Tampa, FL 33602
813-276-1662
slehner@hinshawlaw.com

/s/ *Lisa Finaldi Simmons*
_____
LISA FINALDI SIMMONS, ESQ.
Florida Bar No.: 0497290

        Orlando Trial Attorney, P.A.
        1231 E. Concord Street
        Orlando, FL 32803
        407-897-2081
        Attorney for Plaintiff
        P:  lisa@orlandotrial.com
        S:  assistant@orlandotrial.com